CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 19 2005
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | | |
|---|---|---|
| DONALD DWAIN TEASTER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:05CV00169 |
| | ) | Crim. No. 1:03CR00070 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

That the Respondent's motion to dismiss (dkt no. 7) shall be and is hereby **GRANTED**; and Petitioner's §2255 motion to vacate, set aside, or correct sentence (dkt no. 2), shall be and hereby is **DENIED**.

This action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Petitioner and to counsel of record for the Respondent.

ENTER: This 19th day of October, 2005.

/s/ James C. Turk
Senior United States District Judge